IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCUS EDWARD SHELTON
#154740                                                                                    PLAINTIFF

v.                       No. 5:13-cv-308-DPM-JJV

DELTA REGIONAL UNIT; and
CONNIE HUBBARD, ARN, Delta Regional
Unit, ADC                                                                                 DEFENDANTS

ORDER

The Court has considered Magistrate Judge Joe Volpe's Proposed Findings and Recommendations, № 5, and Shelton's objections, № 6. After reviewing *de novo*, the Court adopts Judge Volpe's recommended disposition. FED. R. CIV. P. 72(b)(3). Shelton's claim against Delta Regional Unit is dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 October 2013