# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MARCUS EDWARD SHELTON                                      PLAINTIFF

v.                      No. 5:13-cv-308-DPM-JJV

CONNIE HUBBARD, ARN,
Delta Regional Unit, ADC                                   DEFENDANT

## ORDER

Unopposed recommendation, № 18, adopted. FED R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hubbard's motion for summary judgment, № 14, granted. No appeal from this Order or the related judgment would be in good faith.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 September 2014