IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCUS EDWARD SHELTON                                    PLAINTIFF

v.                    No. 5:13-cv-308-DPM

DELTA REGIONAL UNIT; and
CONNIE HUBBARD, ARN,
Delta Regional Unit, ADC                                 DEFENDANT

JUDGMENT

Shelton's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 September 2014